**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT J. MOTEN, ADC# 104692                                                                PETITIONER

v.                                          No. 5:14CV00024 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is denied. All pending motions are denied as moot.

DATED this 29th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE